IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WENDELL W. FAIRMAN, SR.,

                         Plaintiff,                                  MEMORANDUM

        v.                                                 09-cv-741-bbc

WSPF/Social Worker
MELANIE HARPER,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 2, 2010, I entered an order giving plaintiff Wendell W. Fairman, Sr., until February 22, 2010 to amend his original complaint because it violated Fed. R. Civ. P. 8. Now, plaintiff has written to ask about the status of his case because "he has not heard from the court since the beginning of February." Court records show that a copy of the February 2, 2010 order was mailed to plaintiff at his current address, but that plaintiff has not filed an amended complaint or otherwise responded to that order. In light of plaintiff's recent correspondence, I will extend the deadline for him to submit a proposed amended complaint until March 25, 2010. Also, I will enclose an additional copy of the February 2 order.

1

ORDER

IT IS ORDERED that

1. Plaintiff may have an enlargement of time to March 25, 2010, in which to submit a proposed amended complaint in accordance with the February 2, 2010 order. If, by March 25, 2010, plaintiff fails to respond to this order, the clerk of court is directed to close this case and assess plaintiff a strike under 28 U.S.C. § 1915(g) for filing a complaint that fails to state a claim upon which relief can be granted.

2. If, by March 25, 2010, plaintiff submits a proposed amended complaint as required by the February 2, 2010 order, I will take the complaint under advisement for screening under 28 U.S.C. § 1915.

Entered this 11th day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge