IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WENDELL W. FAIRMAN, SR.,

                Plaintiff,                      ORDER

v.                                        09-cv-741-bbc

WSPF/Social Worker
MELANIE HARPER,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated February 2, 2010, I dismissed plaintiff's complaint because it violated Fed. R. Civ. P. 8. I gave plaintiff until February 22, 2010, in which to submit a proposed amended complaint that complies with Rule 8. On March 11, 2010, after plaintiff sent in a letter requesting the status of his case, I entered an order extending the deadline until March 25, 2010 for plaintiff to submit a proposed amended complaint. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case and the assessment of a strike under 28 U.S.C. § 1915(g).

Plaintiff has not responded to the court's orders. Accordingly, IT IS ORDERED that the clerk of court is to close this case and assess plaintiff a strike under 28 U.S.C. § 1915(g)

1

for filing a complaint that fails to state a claim upon which relief can be granted.

Entered this \_\_\_\_2a\_\_\_\_ day of April, 2010.

BY THE COURT:

/s/ Barbara B Crabb
BARBARA B. CRABB
District Judge