IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WENDELL W. FAIRMAN, SR.,

    Plaintiff,

v.

WSPF, C.O. BARR, C.O. GOVIER, C.O. MARTIN, C.O. TAYLOR, WSPF/Social Worker, MELANIE HARPER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-741-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    4/5/10
Peter Oppeneer, Clerk of Court    Date